James B. Ball (#007339)
James E. Shively (#011712)
Poli & Ball, P.L.C.
2999 N. 44th Street, Suite 500
Phoenix, Arizona 85018
(602) 840-1400

Attorneys for Chrysler Financial Services Americas LLC f/k/a DC FIN SVCS AMER LLC

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>William D. McCaffrey,<br><br>    Debtor. | No. 09-20635-SSC<br><br>Chapter 13 |
| Chrysler Financial Services Americas LLC,<br><br>    Movant,<br><br>vs.<br><br>William D. McCaffrey, debtor; and Russell Brown, Trustee,<br><br>    Respondents. | **MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |

       Chrysler Financial Services Americas LLC, a creditor herein, hereby moves that this court enter an order granting it relief from the automatic stay of 11 U.S.C. Section 362(a) to permit it to exercise its rights of lien enforcement on personal property owned by the debtor and to obtain possession of the property. The bases of Chrysler Financial Services Americas LLC's motion are set forth in the memorandum attached hereto.

1    DATED this 9th day of September, 2009.

2                                    Poli & Ball, P.L.C.

3

4                                    By/s/ James E. Shively, #011712
                                        James B. Ball
5                                       James E. Shively
                                        2999 N. 44th Street, Suite 500
6                                       Phoenix, Arizona  85018
                                        Attorneys for Chrysler Financial Services
7                                       Americas LLC

# MEMORANDUM

On August 25, 2009, debtor commenced the above-captioned Chapter 13 case.

Debtor is presently obligated to Chrysler Financial Services Americas LLC in the principal amount of $32,294.36, plus accrued and accruing interest, late charges, and attorneys' fees and costs ("the debt"). The debt is secured by a valid and perfected first priority security interest in the following described property:

2006 CHRYSLER 300

VIN # 2C3LA73W46H372274

("the collateral"). The debt and the lien securing the debt are evidenced by a MOTOR VEHICLE SECURITY AGREEMENT executed by debtor on March 3, 2006, and a lien filing receipt, copies of which are attached hereto as Exhibits "A" and "B" and incorporated herein by reference.

The debtor has been in default to Chrysler Financial Services Americas LLC since February 18, 2009. The pre-petition default is $6,324.01.

The value of the collateral, less the amount of the debtor's exemption in the collateral, is not sufficient to satisfy the encumbrances against the collateral, accordingly, there is no equity in the collateral for the debtor's estate and the collateral is not necessary to an effective reorganization. Accordingly, Chrysler Financial Services Americas LLC is entitled to stay relief pursuant to 11 U.S.C. Section 362(d)(2).

Chrysler Financial Services Americas LLC's interest in the collateral is not adequately protected. The debtor has failed to provide adequate protection for Chrysler Financial Services Americas LLC's interest by making adequate protection payments or

POLI & BALL, P.L.C.
2999 N. 44TH STREET, SUITE 500
PHOENIX, ARIZONA 85018
(602) 840-1400

1  otherwise. The value of the collateral is decreasing while the debt to Chrysler Financial

2  Services Americas LLC is increasing. Therefore, Chrysler Financial Services Americas

3  LLC is entitled to stay relief pursuant to 11 U.S.C. Section 362(d)(1).

4  Chrysler Financial Services Americas LLC requests that the court enter an

5  order relieving it from the automatic stay of 11 U.S.C. Section 362(a) as to the debtor

6  and the bankruptcy estate and allowing Chrysler Financial Services Americas LLC to

7  exercise its rights of lien enforcement, and to obtain possession of the collateral.

8  Chrysler Financial Services Americas LLC further requests that the court

9  allow Chrysler Financial Services Americas LLC to file an amended proof of claim for

10  any deficiency balance within 30 days of disposition of the collateral or by the claims

11  bar date, whichever is later.

12  DATED this 9th day of September, 2009.

13  Poli & Ball, P.L.C.

14

15  By /s/ James E. Shively, #011712
    James B. Ball
16  James E. Shively
    2999 N. 44th Street, Suite 500
17  Phoenix, Arizona 85018
    Attorneys for Chrysler Financial Services
18  Americas LLC

19  COPIES of the foregoing mailed
    this 9th day of September, 2009, to:
20

    William D. McCaffrey
21  8335 E. Sutton Drive
    Scottsdale, AZ 85260
22  Debtor

23

| | |
|---|---|
| 1 | Kevin J Rattay |
| 2 | 3200 N. Central Avenue, Suite 2000 |
| | Phoenix, AZ 85012 |
| 3 | Attorney for debtor |
| 4 | Russell Brown |
| | 3838 N. Central Ave., #800 |
| 5 | Phoenix, AZ 85012-1906 |
| | Trustee |

      /s/ Chris Durazo
_____
f:\apps\hotdocs\templates\arizona\mls purchase motion for relief from automatic stay.rtf

POLI & BALL, P.L.C.
2999 N. 44TH STREET, SUITE 500
PHOENIX, ARIZONA 85018
(602) 840-1400