**IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.**



**Dated: September 14, 2009**

_____
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**

_____

*Submitted By:*
Kevin J. Rattay (011057)
Kevin J. Rattay PLC
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Tel: (602) 248-1066
Fax: (602) 248-0522
Email: kjr@rattaylaw.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

In re:

WILLIAM D. MCCAFFREY,

    Debtor.

In proceedings under Chapter 13

Case No. 2:09-bk-20635-SSC

**ORDER EXTENDING TIME TO FILE
CHAPTER 13 PLAN AND
SCHEDULES**

Upon motion of Debtor, and good cause appearing;

IT IS ORDERED extending the time for Debtor to file the Chapter 13 Plan and all required Schedules to September 23, 2009.

**DATED AND SIGNED ABOVE**

Kevin J. Rattay PLC
3200 N. Central Ave, Suite 2000
Phoenix, Arizona 85012
602-248-1066