Kevin J. Rattay (011057)
Kevin J. Rattay PLC
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Tel: (602) 248-1066
Fax: (602) 248-0522
Email: kjr@rattaylaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

In re:

WILLIAM D. McCAFFREY,

    Debtor.

---

CHRYSLER FINANCIAL SERVICES AMERICAS, LLC,

    Movant,

vs.

WILLIAM D. McCAFFREY, Debtor; and RUSSELL BROWN, Trustee,

    Respondents.

In proceedings under Chapter 13

Case No. 2:09-bk-20635-SSC

**OBJECTION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

    William D. McCaffrey, Debtor/Respondent, through counsel undersigned, files his Objection to Motion for Relief from the Automatic Stay filed by Chrysler Financial Services Americas, LLC (" Movant").

    Debtor objects to stay relief because the vehicle at issue is necessary to an effective reorganization, the vehicle is insured, and Movant will be adequately protected through adequate protection payments to be made as part of the chapter 13 plan.

    Based on the foregoing, cause does not exist for relief from the automatic stay, and therefore the motion should be denied.

DATED: September 22, 2009

**KEVIN J. RATTAY, PLC**

 /s/ *Kevin J. Rattay, #011057*
Kevin J. Rattay
Attorney for Debtor

Copy of the foregoing mailed
this 22nd day of September, 2009, to:

James H. Ball
James E. Shively
Poli & Ball, PLC
2999 N. 44th Street, Suite 500
Phoenix, AZ 85018

*/s/Kari LoBianco*

Kevin J. Rattay PLC
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1066