# Notice Recipients

District/Off: 0970–2  User: rootk  Date Created: 9/23/2009
Case: 2:09–bk–20635–SSC  Form ID: nch13pln  Total: 28

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
8400538   Elizabeth McCaffrey
                                                                                            TOTAL: 1

**Recipients of Notice of Electronic Filing:**
tr    RUSSELL BROWN
aty   JAMES 1 SHIVELY      shively@poliball.com
aty   KEVIN J RATTAY       kjr@rattaylaw.com
                                                                                            TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        WILLIAM D. MCCAFFREY      8335 E. SUTTON DRIVE      SCOTTSDALE, AZ 85260
cr        CHRYSLER FINANCIAL SERVICES AMERICAS LLC      POLI &BALL PLC      2999 N 44TH ST #500      PHOENIX, AZ 85018
smg       AZ DEPARTMENT OF REVENUE      BANKRUPTCY &LITIGATION      1600 W. MONROE, 7TH FL.      PHOENIX, AZ 85007–2650
8400531   American Honda Finance      6261 Katella Ave Ste 1a      Cypress CA 90630
8400532   Arizona Department of Revenue      Bankruptcy Unit      1600 W. Monroe      Phoenix AZ 85007
8442031   CHRYSLER FIN SVCS AMER LLC      POLI &BALL, PLC      2999 N. 44th ST, #500      PHOENIX, AZ 85018
8400533   Cap One      Po Box 85520      Richmond VA 23285
8400534   Chrysler Financial      5225 Crooks Rd Ste 140      Troy MI 48098
8400535   Citi      Po Box 6241      Sioux Falls SD 57117
8400536   Citifinancial      Po Box 499      Hanover MD 21076
8400537   Elizabeth McCaffrey      20010 N. 78th Place, Unit 140      Scottsdale AZ 85255
8400539   First Premier Bank      601 S Minnesota Ave      Sioux Falls SD 57104
8400540   Hfc – Usa      Pob 1547      Chesapeake VA 23327
8400541   Home Depot/Cbsd      Po Box 6497      Sioux Falls SD 57117
8400542   Hsbc Bank      Po Box 5253      Carol Stream IL 60197
8400543   Hsbc Bank      Po Box 52530      Carol Stream IL 60196
8400544   Internal Revenue Service      P.O. Box 21126      Philadelphia PA 19114
8400545   J R Brothers Finance      10000 N 31st Ave Ste D20      Phoenix AZ 85051
8400546   Merrick Bank      Po Box 5000      Draper UT 84020
8400547   Onewest Bank      6900 Beatrice Dr      Kalamazoo MI 49009
8400548   Shell/Citi      Po Box 6497      Sioux Falls SD 57117
8400549   Wells Fargo      Po Box 5445      Portland OR 97208
8416857   Wells Fargo Bank, N.A.      c/o Wells Fargo Card Services      Recovery Department      P.O. Box 9210      Des Moines, IA 50306
8400550   Wff Cards      3201 N 4th Ave      Sioux Falls SD 57104
                                                                                            TOTAL: 24