Kevin J. Rattay (011057)
**KEVIN J. RATTAY, PLC**
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Tel: (602) 248-1066
Fax: (602) 248-0522
Email: kjr@rattaylaw.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re: | In proceedings under Chapter 13 |
|---|---|
| WILLIAM D. MCCAFFREY, | Case No. 2:09-bk-20635-SSC |
| Debtor. | **RESPONSE TO TRUSTEE'S LODGING OF DISMISSAL ORDER** |

Debtor, through counsel undersigned, hereby objects to entry of the Dismissal Order lodged by the Trustee on November 5, 2009.

The Debtor inadvertently forgot to commence making his Plan payments. The Debtor has been under significant stress with having both a bankruptcy proceeding and a divorce proceeding pending. The Debtor's home was scheduled for Trustee Sale prior to the filing of this Chapter 13 case. Accordingly, dismissal of this case could result in a Trustee Sale occurring.

The Debtor mailed his September Plan payment to the Trustee on November 12, 2009. A copy of this money order is attached. Debtor intends to mail October payment on Friday, November 13, 2009, which will bring the Debtor current with next payment coming due on November 24, 2009.

Based on the foregoing, Debtor respectfully requests that the Dismissal Order not be entered by this Court.

Dated: November 13, 2009

KEVIN J. RATTAY, PLC

/s/ Kevin J. Rattay, 011057
Kevin J. Rattay
Attorney for Debtor

Copy of the foregoing mailed
this 13th day of November, 2009 to:

Russell Brown, Trustee
3838 N. Central Avenue
Suite 800
Phoenix, AZ 85012

/s/ Kari LoBianco

# PERSONAL MONEY ORDER

SERIAL #: 0001036907
ACCOUNT #: 4993-8084138

November 12, 2009

PAY TO THE ORDER OF  A. Missal Drew v Trustee
                    # 2-09-BK-20635-SSC

Five hundred dollars and no cents***   **$500.00**

WILLIAM D. MCCAFFREY
[address]

WELLS FARGO BANK, N.A.

NON-NEGOTIABLE

Purchaser Copy