Kevin J. Rattay (011057)
**KEVIN J. RATTAY, PLC**
3200 North Central Avenue
Suite 2000
Phoenix, Arizona 85012
Tel: (602) 248-1066
Fax: (602) 248-0522
Email: kjr@rattaylaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>WILLIAM D. McCAFFREY,<br><br>      Debtor. | In proceedings under Chapter 13<br><br>Case No. 2:09-bk-20635-SSC |
| Deutsche Bank National Trust Company, as Trustee of Residential Asset Securitization Trust Series 2004-IndyPort1, Mortgage Pass-Through Certificates, Series 2004-1 under the Pooling and Servicing agreement dated February 1, 2004, its assignees and/or successors,,<br><br>      Movant,<br><br>vs.<br><br>WILLIAM D. McCAFFREY, Debtor; and RUSSELL BROWN, Trustee,<br><br>      Respondents. | **OBJECTION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |

William D. McCaffrey ("Respondent"), through counsel undersigned, hereby objects to the Motion for Relief from the Automatic Stay ("Motion") filed by Deutsche Bank National Trust Company ("Movant"). This objection is supported by the following Memorandum of Points and Authorities.

## MEMORANDUM OF POINTS AND AUTHORITES

1. In paragraph 12 of the Motion, Movant states that it "seeks relief in order to, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement." Paragraph 15 of the Motion goes on to state that Movant has continued the Trustee Sale to December 7, 2009. In light of Movant's stated goal of considering a forbearance or other workout, it's inappropriate to lift the stay with a Trustee Sale of the property imminent. The loan workout process usually takes considerable time because of lender backlog. Accordingly, it is more appropriate for the automatic stay to remain in place subject to the Debtor making regular monthly mortgage payments commencing with the December 2009 payment, while the parties work on alternatives as set forth in paragraph 12 of the Motion.

2. The post-petition delinquency set forth by Movant in the Motion includes $9,385.26 in "escrow advances". No documentation has been submitted from which Respondent can determine what these escrow advances are or whether they should in fact be considered part of the pre-petition delinquency.

3. Respondent needs additional time to investigate whether Movant is the proper holder of the Note and the Deed of Trust, and whether the failure to notify Respondent of the transfer of the loan may affect Movant's right to enforce the Deed of Trust. An exhibit is attached to the Motion, purportedly assigning the Deed of Trust and Note to Movant. However, until receipt of the Motion Respondent had not been notified that his loan had been transferred.

Based on the foregoing, the Motion should be denied.

Kevin J. Rattay PLC
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1066

| | |
|---|---|
| 1 | DATED: December 9, 2009 |
| 2 | **KEVIN J. RATTAY, PLC** |
| 3 | |
| 4 | /s/ *Kevin J. Rattay, #011057* |
| | Kevin J. Rattay |
| 5 | Attorney for Debtor |

Copy of the foregoing mailed
this 9th day of December, 2009, to:

Matthew A. Silverman
Jessica R. Kenney
**McCarthy Holthus Levine**
3636 North Central Avenue
Suite 1050
Phoenix, AZ 85012

Russell Brown, Trustee
3838 N. Central Avenue
Suite 800
Phoenix, Arizona 85012

*/s/Kari LoBianco*

Kevin J. Rattay PLC
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1066