# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | WILLIAM D. MCCAFFREY |
| **Case Number:** | 2:09-bk-20635-SSC  **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, FEBRUARY 02, 2010 01:30 PM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY DEUTSCHE BANK NATIONAL TRUST

**R / M #:**   36 / 0

## Appearances:

KEVIN J RATTAY, ATTORNEY FOR WILLIAM D. MCCAFFREY
JESSICA KENNEY, ATTORNEY FOR DEUTSCHE BANK NATIONAL TRUST

## Proceedings:

Ms. Kenney states that a standing issue objection has been filed. Mr. Rattay states that he would like a continuance in order to look at the note.

COURT: IT IS ORDERED CONTINUING THIS HEARING TO MARCH 2, 2010 AT 1:30 P.M.