# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | WILLIAM D. MCCAFFREY | | |
| **Case Number:** | 2:09-bk-20635-SSC | **Chapter:** | 13 |
| **Date / Time / Room:** | TUESDAY, MARCH 02, 2010 01:30 PM   7TH FLOOR #701 | | |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY | | |
| **Courtroom Clerk:** | WANDA GARBERICK | | |
| **Reporter / ECR:** | ANDAMO PURVIS | | |

## *Matter:*

CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY DEUTSCHE BANK NATIONAL TRUST

**R / M #:**   36 / 0

## *Appearances:*

KEVIN J RATTAY, ATTORNEY FOR WILLIAM D. MCCAFFREY
JESSICA KENNEY, ATTORNEY FOR DEUTSCHE BANK NATIONAL TRUST

## *Proceedings:*

Mr. Rattay states that the creditor did not produce the original note for him to review, and that he does not feel that the original note is held by Deutsche Bank. Ms. Kenney states that they have shown that they are the proper party.

COURT: THE COURT FINDS THAT MS. KENNEY HAS PRESENTED A PRIMA FACIE CASE FOR STAY RELIEF. IT IS ORDERED THAT THE STAY IS VACATED, AND THAT THERE WILL NOT BE A TRUSTEE SALE FOR 90 DAYS. MS. KENNEY IS DIRECTED TO UPLOAD A FORM OF ORDER.