IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: March 12, 2010

_____
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**
_____

1 Matthew A. Silverman (018919)
2 Jessica R. Kenney (026615)
**McCarthy ◆ Holthus ◆ Levine**
3 3636 North Central Avenue
Suite 1050
4 Phoenix, AZ 85012
5 (602) 230-8726

6 Attorneys for Movant,
Deutsche Bank National Trust Company, as Trustee of Residential Asset Securitization Trust
7 Series 2004-IndyPort1, Mortgage Pass-Through Certificates, Series 2004-1 under the Pooling
and Servicing agreement dated February 1, 2004, its assignees and/or successors

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

## PHOENIX DIVISION

| | |
|---|---|
| In re: | In Proceedings Under |
| William D. McCaffrey, | Chapter 13 |
| Debtor. | Case No. 2:09-bk-20635-SSC |
| Deutsche Bank National Trust Company, as Trustee of Residential Asset Securitization Trust Series 2004-IndyPort1, Mortgage Pass-Through Certificates, Series 2004-1 under the Pooling and Servicing agreement dated February 1, 2004, its assignees and/or successors, | **ORDER TERMINATING AUTOMATIC STAY** |
| Movant, | |
| v. | |
| William D. McCaffrey, Debtor; and Russell Brown, Chapter 13 Trustee, | |
| Respondents. | |

File No. AZ-09-12850                1                Case No. 2:09-bk-20635-SSC
                                                     Order Terminating Automatic Stay

| | |
|---|---|
| 1 | Deutsche Bank National Trust Company, as Trustee of Residential Asset Securitization |
| 2 | |
| 3 | Trust Series 2004-IndyPort1, Mortgage Pass-Through Certificates, Series 2004-1 under the |
| 4 | Pooling and Servicing agreement dated February 1, 2004, its assignees and/or successors |

Deutsche Bank National Trust Company, as Trustee of Residential Asset Securitization Trust Series 2004-IndyPort1, Mortgage Pass-Through Certificates, Series 2004-1 under the Pooling and Servicing agreement dated February 1, 2004, its assignees and/or successors ("Movant"), having come on for hearing in the above entitled court on 03/02/2010 at 1:30pm, before the Honorable Sarah S. Curley Judge presiding, and with good cause appearing,

**IT IS THEREFORE ORDERED** that:

Any and all stays against lien enforcement, including the automatic stay of 11 U.S.C. § 362(a) and the automatic injunction of 11 U.S.C. § 524(a), are hereby vacated with respect to the property generally described as 8335 East Sutton Drive, Scottsdale, AZ 85260. Movant, its assignees and/or successors in interest, may proceed with a foreclosure of and hold a Trustee's sale on or after 2nd of June, 2010 of the subject property pursuant to the state law, and thereafter commence any action necessary to obtain complete possession of the subject property without further court order or proceeding being necessary.

**IT IS FURTHER ORDERED** that:

The Moving Party, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

**IT IS FURTHER ORDERED** that:

The Moving Party shall make the original note available for viewing by the Debtor.

DATED:

_____
UNITED STATES BANKRUPTCY JUDGE