JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
Tel: (623) 939-6546
Fax: (623) 939-6718
Email: attyjcharles@joecharles.com

Joseph W. Charles
State Bar #003038
Attorneys for Debtor/Plaintiff

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>William McCaffrey,<br><br>        Debtor. | Chapter 13 Proceedings<br><br>Case No. 2:09-bk-20635-SSC<br><br>**NOTICE OF<br>LIMITED APPEARANCE** |

COMES NOW the JOSPEH W. CHARLES, P.C. on behalf of Debtor, William McCaffrey, and gives notice of his limited appearance in these proceedings for the limited purpose of seeking a Preliminary Injunction and conducting Adversary Proceedings.

RESPECTFULLY SUBMITTD this 18th day of June, 2010.

                        **JOSEPH W. CHARLES, P.C.**

                        BY:   /s/ Joseph W. Charles
                                 Joseph W. Charles
                                 Attorneys for the Debtor

- 1 -