*Submitted by:*
Kevin J. Rattay (011057)
**KEVIN J. RATTAY, PLC**
3200 North Central Avenue
Suite 2000
Phoenix, Arizona 85012
Tel: (602) 248-1066
Fax: (602) 248-0522
Email: kjr@rattaylaw.com

Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>WILLIAM D. McCAFFREY,<br><br>Debtor. | In proceedings under Chapter<br><br>Case No. 2:09-bk-20635-SSC<br><br>**ORDER EXTENDING TIME TO COMPLY WITH TRUSTEE'S RECOMMENDATION** |

Upon Motion of Debtor, and good cause appearing;

IT IS ORDERED that the Debtor shall have until December 31, 2010 to comply with the Trustee's Recommendation, except that the deadline shall not be extended for the Debtor to provide the requested tax return copies, bank statements, business operating statements, and to bring plan payments current.

**DATED AND SIGNED ABOVE**